IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONOVAN RICHARD SHIELDS,

    Plaintiff,

  vs.

RAYMOND ANDREWS, et al.,

    Defendants.

CV F 05 00107 REC  WMW  P

<u>ORDER RE MOTION (DOC 4 )</u>

        Plaintiff is a federal prisoner proceeding pro se in a civil rights action.  Pending before the court is a motion for joinder by inmates Samual Mercado Ulloa and Alejandro Guzman.  Plaintiffs seek to join as co-plaintiffs on the ground that the factual basis for their claims are common.  Plaintiff also contend that it is in the interest of justice for them to join as co-plaintiffs.

        Both plaintiffs are in the custody of the U.S. Bureau of Prisons at Taft.   In this court's experience, an action brought by multiple plaintiffs proceeding pro se in which one or more of the plaintiffs is incarcerated presents procedural problems that cause delay and confusion.  Delay often arises from the frequent transfer of inmates to other facilities or institutions, the changes in address that occur when inmates are released on parole, and the difficulties faced by inmates who attempt to communicate with each other and other

unincarcerated individuals.  In this case, the need for the plaintiffs to agree on all filings made in this action and the need for all filings to contain the original signatures of all eight plaintiffs will lead to delay and confusion.

        Accordingly, the motion for joinder filed on January 26, 2005, is denied.

IT IS SO ORDERED.

**Dated:   August 18, 2005**                               **/s/  William M. Wunderlich**
mmkd34                                                                  UNITED STATES MAGISTRATE JUDGE